AE

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of	Case Number:

First Specialty Insurance Corporation v. Smurfit-Stone Container Enterprises f/k/a Smurfit-Stone Container Corporation

KC FILED
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

First Specialty Insurance Corporation

07CV6248
JUDGE GOTTSCHALL
MAGISTRATE JUDGE COX

| NAME (Type or print) |
| --- |
| Brian M. Reid |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Brian M. Reid |

| FIRM |
| --- |
| Litchfield Cavo LLP |

| STREET ADDRESS |
| --- |
| 303 W. Madison Street, Suite 300 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6216739 | 312-781-6617 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐