KC **FILED** AE

NOV 0 5 2007
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, ) ) ) | |
| Plaintiff, ) ) | 07CV6248 |
| v. ) ) | JUDGE GOTTSCHALL |
| SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION, ) ) ) ) ) | MAGISTRATE JUDGE COX |
| Defendant. ) ) | |

### DISCLOSURE STATEMENT

NOW COMES Plaintiff FIRST SPECIALTY INSURANCE CORPORATION, by its attorneys, Litchfield Cavo LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby provides this corporate disclosure statement and certifies that the following provides a description of its parents, subsidiaries and/or affiliates:

FIRST SPECIALTY INSURANCE CORPORATION is a wholly owned subsidiary of Swiss Reinsurance Company, which is a publicly traded company specializing in dealing property and casualty insurance holdings.

Dated: 11/5/07

FIRST SPECIALTY INSURANCE CORPORATION

By: _____
One of its Attorneys

Brian M. Reid (ID # 6216739)
**LITCHFIELD CAVO LLP**
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6617 (Reid)
(312) 781-6630 (Fax)