# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
FIRST SPECIALTY INSURANCE CORP.  
vs.  
SMURFIT STONE CONTAINER ENTERPRISES f/k/a  
SMURFIT STONE CONTAINER CORPORATION

Case Number: 07 C 6248

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SMURFIT STONE CONTAINER ENTERPRISES, INC., incorrectly sued as Smurfit Stone Container Enterprises f/k/a Smurfit Stone Container Corporation

| Field | Value |
|---|---|
| NAME (Type or print) | JOHN T. GROARK |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ JOHN T. GROARK |
| FIRM | CLAUSEN MILLER P.C. |
| STREET ADDRESS | 10 S. LA SALLE STREET |
| CITY/STATE/ZIP | CHICAGO, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 3124374 |
| TELEPHONE NUMBER | 312.855.1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |