IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff(s) | ) ) | No. 07 C 6248 |
| v. | ) ) | Judge: Gottschall |
| SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION, | ) ) ) ) | Magistrate Judge: Cox |
| Defendant(s) | ) | |

## MOTION FOR EXTENSION OF TIME

NOW COMES Defendant, SMURFIT STONE CONTAINER ENTERPRISES, INC., incorrectly sued as SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION ("Smurfit"), by and through its counsel, CLAUSEN MILLER P.C. and moves this Honorable Court for entry of an Order for an extension of time to file its responsive pleading to plaintiff's Complaint until December 10, 2007, and in support thereof, states as follows:

1. On November 5, 2007, Plaintiff, First Specialty Insurance Corporation, filed its Complaint for Declaratory Judgment against Smurfit.

2. Smurfit was served on November 5, 2007 and its responsive pleading is due on November 26, 2007.

1155544.1

3.  Smurfit requests an extension of time to December 10, 2007 so that it may investigate the facts of the claim in order to properly prepare its responsive pleading to the Complaint.

4.  Counsel for plaintiff was contacted concerning this request for an extension of time and has no objection.

5.  This motion is not made for the purpose of delay and this extension of time will not prejudice any party or unduly delay the proceedings in this case.

WHEREFORE, Defendant, SMURFIT STONE CONTAINER ENTERPRISES, INC. respectfully requests that this Court enter its Order extending the time for Smurfit Stone Container Enterprises to answer or otherwise plead to plaintiff's Complaint until December 10, 2007.

>                   Respectfully submitted,
>                   CLAUSEN MILLER P.C.
>
>
>                   /s/ *John T. Groark*
>                   John T. Groark

JOHN T. GROARK
ARDC #3124374
COLLEEN A. BROWN
ARDC #6269463
CLAUSEN MILLER P.C.
10 S. LaSalle Street
Chicago, Illinois 60603-1098
312.855-1010
Attorneys for Defendants, SMURFIT-STONE CONTAINER ENTERPRISES, INC.

1155544.1

2

STATE OF ILLINOIS   )
                    )  SS
COUNTY OF COOK      )

## CERTIFICATE OF SERVICE

Under penalties of perjury I certify that the attached **Motion for Extension of Time** was electronically filed with the Clerk of the U.S. District for the Northern District of Illinois, Eastern Division on the 21st day of November, 2007, on behalf of **Smurfit Stone Container Enterprises, Inc.** and a copy was electronically served on counsel of record.

/s/ *John T. Groark*
_____
John T. Groark

1155544.1

3