IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff(s) | ) ) ) | No. 07 C 6248 |
| v. | ) ) | Judge: Gottschall |
| SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION, | ) ) ) ) | Magistrate Judge: Cox |
| Defendant(s) | ) | |

## NOTICE OF MOTION

To:   Brian M. Reid, Litchfield Cavo, LLP, 303 W. Madison St., Suite 300, Chicago, IL 60606

PLEASE TAKE NOTICE that on the **29th day of November, 2007, at 9:30 AM**, or as soon thereafter as counsel may be heard, we shall appear before Judge Joan B. Gottschall in courtroom 2325, in the Courthouse located at 219 South Dearborn Street, Chicago, Illinois, or in her absence, before any judge sitting in her stead, and then and there present **Motion for Extension of Time**, a copy of which is attached hereto and herewith served upon you.

/s/ *John T. Groark*
JOHN T. GROARK
CLAUSEN MILLER P.C.

JOHN T. GROARK
ARDC #3124374
COLLEEN A. BROWN
ARDC #6269463
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, IL 60603-1098
312.855.1010
Attorneys for Defendant, Smurfit Stone Container Enterprises, Inc.

STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

Under penalties of perjury I certify that the attached **Notice of Motion** was electronically filed with the Clerk of the U.S. District for the Northern District of Illinois, Eastern Division on the 21st day of November, 2007, on behalf of **Smurfit Stone Container Enterprises, Inc.** and a copy was electronically served on counsel of record.

/s/ *John T. Groark*
John T. Groark