57-8438-00-4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff(s) | ) ) | No. 07 C 6248 |
| v. | ) ) | Judge: GOTTSCHALL |
| SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION, | ) ) ) ) | |
| Defendant(s) | ) | |

**ANSWER TO COMPLAINT AND COUNTERCLAIM OF SMURFIT-STONE CONTAINER ENTERPRISES, INC.**

# EXHIBIT A

# ACORD CERTIFICATE OF LIABILITY INSURANCE

OP ID DG
NFI-I-S

DATE (MM/DD/YY): 02/06/03

**PRODUCER**
National Risk Management Svcs.
7181 Chagrin Road, Suite 3
Chagrin Falls OH 44023
Phone: 800-962-3036

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURERS AFFORDING COVERAGE**

**INSURED**
NATIONAL FREIGHT, INC.
NATIONAL FREIGHT, INC. dba
CORE CARRIERS
71 West Park Ave.
Vineland NJ 08360

| | |
|---|---|
| INSURER A: | First Specialty Insurance Corp |
| INSURER B: | ICC Qualified Self Insured |
| INSURER C: | Fireman's Fund Ins. Co. |
| INSURER D: | LIBERTY MUTUAL INSURANCE CO |
| INSURER E: | Insurance Co. State of PA |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR | IRG49032 | 10/01/02 | 10/01/03 | EACH OCCURRENCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $50,000 |
| | | | | | MED EXP (Any one person) | $ |
| | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $2,000,000 |
| B | **AUTOMOBILE LIABILITY** [X] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | MC2860 | 10/01/02 | 10/01/03 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **GARAGE LIABILITY** [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | OTHER THAN AUTO ONLY: EA ACC / AGG | $ / $ |
| E | **EXCESS LIABILITY** [X] OCCUR [ ] CLAIMS MADE [ ] DEDUCTIBLE [X] RETENTION $10,000 | 4602-9287 | 10/01/02 | 10/01/03 | EACH OCCURRENCE | $3,000,000 |
| | | | | | AGGREGATE | $3,000,000 |
| D | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** | WA2-73D-001753-042 | 10/01/02 | 10/01/03 | [X] WC STATUTORY LIMITS [ ] OTHER | |
| | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| C | **OTHER** Cargo | MXI 97902761 | 10/01/02 | 10/01/03 | 750,000 / | Vehicle |
| A | Excess Liability | 1RE47659 | 10/01/02 | 10/01/03 | 1,000,000 | x 4,000,000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
SMURFIT-STONE CONTAINER CORPORATION, ITS SUBSIDIARIES AND AFFILIATES ARE AN ADDITIONAL INSURED ONLY AS THEIR INTEREST MAY APPEAR.

**CERTIFICATE HOLDER** [N] ADDITIONAL INSURED; INSURER LETTER: _____

SMURFI2

SMURFIT-STONE CONTAINER CORP.,
IT'S SUBSIDIARIES & AFFILIATES
ATTN: LAVONNE PHILLIPS
P.O. BOX 26998
JACKSONVILLE FL 32226

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT ~~FAILURE TO DO SO~~ SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE
Thomas A. Lucci, CPCU