**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07 C 6248 |
| SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION, | ) ) ) ) | Judge Gottschall  Magistrate Judge Cox |
| Defendant. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 28, 2007 I filed First Specialty Insurance Corporation's Answer and Affirmative Defenses to the Counterclaim of Defendant, Smurfit-Stone Container Enterprises, Inc. and Response to the Affirmative Defenses asserted by Defendant Smurfit electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: 12/28/07

FIRST SPECIALTY INSURANCE CORPORATION

By: /s/ Brian M. Reid
One of its Attorneys

Brian M. Reid (ID # 6216739)
**LITCHFIELD CAVO LLP**
303 W. Madison Street
Suite 300
Chicago, Illinois 60606
(312) 781-6617 (Reid)
(312) 781-6630 (Fax)