# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

First Specialty Insurance Corporation

                    Plaintiff,

v.                                    Case No.: 1:07–cv–06248

                                    Honorable Joan B. Gottschall

Smurfit–Stone Container Enterprises, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 9, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 1/9/2008. Rule 26(a)(1) disclosures are to be made by 1/23/2008. Written discovery is to be completed by 3/24/2008.Status hearing set for 3/26/2008 at 9:30 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.