IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) SMURFIT-STONE CONTAINER ) ENTERPRISES f/k/a SMURFIT-STONE ) CONTAINER CORPORATION, ) ) Defendant. ) | Case No. 07 C 6248<br><br>Judge Gottschall<br><br>Magistrate Judge Cox |

**MOTION FOR ENTRY OF**
**STIPULATED AND AGREED ORDER OF DISMISSAL WITH PREJUDICE**

NOW COME Plaintiff, First Specialty Insurance Corporation ("FSIC") and Defendant, Smurfit-Stone Container Enterprises, Inc. ("Smurfit"), by and through their attorneys, and move this Honorable Court for entry of an Order of Dismissal with Prejudice. In support of this motion, the parties state as follows:

1.   This litigation relates to the parties' requests for declaratory judgments as to the availability of coverage for Smurfit as an additional insured under a policy of insurance issued by FSIC.

2.   Smurfit's request for coverage relates to an underlying lawsuit, styled as *Peter Adams v. Stone-Container Corporation n/k/a Smurfit-Stone Container Enterprises, Inc.*, Case No. 2006 CA 008620, filed in the Circuit Court of the Fourth Judicial Circuit, Duval County, Florida.

3.   Based on the receipt of notice of the imminent dismissal with prejudice of the underlying *Adams* litigation, FSIC and Smurfit have reached an agreement to mutually release each other from any and all claims asserted between them in relation

to such litigation.

4. Pursuant to the attached Stipulation executed and submitted by their counsel, FSIC and Smurfit have also agreed to dismiss any and all pending claims, crossclaims, or counterclaims remaining between them in relation to this litigation with prejudice. See Exhibit A, Stipulation for Agreed Order of Dismissal with Prejudice.

5. Accordingly, the parties request that the Court enter an Order dismissing this matter with prejudice with respect to any and all pending claims, crossclaims, or counterclaims between FSIC and Smurfit, with each party to bear its own costs.


Dated:      2/14/08                              FIRST SPECIALTY INSURANCE CORPORATION


                                          By:   /s/ Brian M. Reid
                                                 One of its Attorneys


Brian M. Reid (ID # 6216739)
**LITCHFIELD CAVO LLP**
303 W. Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6617
(312) 781-6630 (Fax)

2