IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 07 C 6248 |
| SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION, | ) ) ) ) | Judge Gottschall<br><br>Magistrate Judge Cox |
| Defendant. | ) ) | |

# Exhibit A
# Stipulation for Agreed Order of Dismissal with Prejudice

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07 C 6248 ) |
| SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION, | ) Judge Gottschall ) ) Magistrate Judge Cox ) |
| Defendant. | ) ) |

### STIPULATION FOR AGREED ORDER OF DISMISSAL WITH PREJUDICE

NOW, COME Plaintiff, First Specialty Insurance Corporation ("FSIC") and Defendant, Smurfit-Stone Container Enterprises, Inc. ("Smurfit"), by and through their attorneys, and do hereby stipulate and agree as follows:

A. FSIC and Smurfit agree and stipulate that they have reached an agreement to mutually release each other from any and all claims asserted between them in relation to the underlying lawsuit, styled as *Peter Adams v. Stone-Container Corporation n/k/a Smurfit-Stone Container Enterprises, Inc.*, Case No. 2006 CA 008620, filed in the Circuit Court of the Fourth Judicial Circuit, Duval County.

B. As part of such agreement, the parties hereto have agreed to dismiss any and all pending claims, crossclaims, or counterclaims remaining between them in relation to that litigation with prejudice, with each party to bear its own costs.

C.  This Stipulation maybe executed by original or facsimile signatures with the same effect as if original signatures were upon the instrument.

FIRST SPECIALTY INSURANCE CORPORATION

Date: 2/14/08         By: *Brian M. R.*

                      Its: *Attorney*

SMURFIT-STONE CONTAINER ENTERPRISES, INC.

Date: 2/13/08         By: *Colleen A. Brown*

                      Its: *Counsel of Record*