## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST SPECIALTY INSURANCE CORPORATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 07 C 6248 |
| SMURFIT-STONE CONTAINER ENTERPRISES f/k/a SMURFIT-STONE CONTAINER CORPORATION, ) ) ) ) | Judge Gottschall Magistrate Judge Cox |
| Defendant. ) | |

### NOTICE OF MOTION

To:  John T. Groark
     Colleen A. Brown
     Clausen Miller P.C.
     10 S. LaSalle Street
     Chicago, IL 60603

YOU ARE HEREBY NOTIFIED that on February 21, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Joan B. Gottschall in Courtroom 2325, 219 S. Dearborn St., Chicago, Illinois 60604 and then and there present the parties' **MOTION FOR ENTRY OF STIPULATED AND AGREED ORDER OF DISMISSAL WITH PREJUDICE,** a copy of which is hereby served upon you.

Dated:        2/14/08

FIRST SPECIALTY INSURANCE CORPORATION

By:       /s/ Brian M. Reid
          One of its Attorneys

Brian M. Reid (ID # 6216739)
**LITCHFIELD CAVO LLP**
303 W. Madison Street
Suite 300
Chicago, Illinois 60606
(312) 781-6617 (Reid)
(312) 781-6630 (Fax)

## PROOF OF SERVICE

    I, Brian M. Reid, an attorney, certify under penalty of perjury that on February 14, 2008, I filed the foregoing notice and the document referred to therein with the Clerk of the Court via electronic mail through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            /s/ Brian M. Reid
                                              Brian M. Reid