## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6248 | **DATE** | 2/21/2008 |
| **CASE TITLE** | First Specialty Insurance Corporation vs. Smurfit-Stone Container | | |

**DOCKET ENTRY TEXT**

Plaintiff and Defendant's motion for entry of stipulated and agreed order of dismissal with prejudice [16] is granted. It is hereby ordered that this matter is dismissed with prejudice with respect to any and all pending claims, cross claims, or counterclaims between FSIC and Smurfit, with each party to bear its own costs. Status hearing set for 3/26/2008 at 9:30AM is stricken. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|